**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VYACHESLAV GOROZHANKIN,
and WESTGOLD INVESTMENTS
LIMITED, a private limited company
incorporated under the law of the
United Kingdom,

    Plaintiffs,

vs.                                      CASE NO. 3:09-cv-59-J-20TEM

SAMUEL KLEBENER, individually and
in his capacity as General Partner of North
American Financial System, Ltd., a Florida limited
partnership; and MARIYA GOFMAN, a Florida
citizen; and BANK OF AMERICA N.A.,
a corporation,

    Defendants.
_____

**O R D E R**

        This case is before the Court on the Defendant Bank of America, N.A.'s Motion to Compel Discovery from Plaintiffs Vyacheslav Gorozhankin and Westgold Investments Limited (Doc. #69), filed November 3, 2010. To date, no response to the instant motion has been filed and the response period has run. *See* M.D. Fla. Loc. R. 3.01(b). Thus, this matter is ripe for the Court's ruling.

        Bank of America seeks full and complete responses to: (1) Defendant Bank of America's Third Request for Production of Documents to Plaintiff Vyacheslav Gorozhankin; (2) Defendant Bank of America's Second Request for Production of Documents to Plaintiff Westgold Investments Limited; and, (3) Defendant Bank of America's Second Set of Interrogatories to Plaintiff Westgold Investments Limited (Doc. #69 at 8). These discovery

requests were reportedly hand delivered to Plaintiffs' counsel thirty days prior to October 25, 2010 (Doc. #69 at 8). Counsel for Bank of America states, "Plaintiffs have not served any responses or objections to the Discovery Requests" (Doc. #69 at 8). Counsel for Bank of America avers Plaintiff's counsel does not oppose the sought relief "in the form of an order compelling Plaintiffs to provide full and complete responses to the Discovery Requests." (Doc. #69 at 13.)

There is no evidence in the file indicating that Plaintiffs have supplied Defendant with the information sought through the discovery requests. Moreover, Plaintiffs have not filed a response in opposition to the motion to compel.

Motions to compel discovery under Rule 37(a) are committed to the sound discretion of the trial court. *Commercial Union Insurance Co. v. Westrope*, 730 F.2d 729, 731 (11th Cir. 1984). The trial court's exercise of discretion regarding discovery orders will be sustained absent a finding of abuse of that discretion to the prejudice of a party. *Id.*

The overall purpose of discovery under the Federal Rules is to require the disclosure of all relevant information so that the ultimate resolution of disputed issues in any civil action may be based on a full and accurate understanding of the true facts, and therefore embody a fair and just result. *United States v. Proctor & Gamble Co.*, 356 U.S. 677, 682 (1958). Discovery is intended to operate with minimal judicial supervision unless a dispute arises and one of the parties files a motion involving judicial intervention. "The rules require that discovery be accomplished voluntarily; that is, the parties should affirmatively disclose relevant information without the necessity of court orders compelling

disclosure." *Bush Ranch v. E.I. DuPont Nemours and Co.*, 918 F. Supp. 1524, 1542 (M.D. Ga. 1995), *rev'd on other grounds*, 99 F.3d 363 (11th Cir. 1996).

The Court has considered this matter and, accordingly, it is now

**ORDERED:**

Defendant Bank of America, N.A.'s Motion to Compel Discovery from Plaintiffs Vyacheslav Gorozhankin and Westgold Investments Limited (Doc. #69) is **GRANTED IN PART**. Plaintiffs shall produce all documents in their possession, custody or control that are responsive to the discovery requests for production that are the subject of this motion. Plaintiff Westgold Investments Limited shall provide sworn responses to Defendant Bank of America's Second Set of Interrogatories. Plaintiffs' compliance is ordered **not later than the close of business on January 18, 2011**. Any objection as to privilege is preserved and subject to Plaintiffs' proper submission of a detailed privilege log.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of January, 2011.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
All Counsel of Record